# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 14CV0064    Date Filed: 1/7/2014

Plaintiff:
**Cameron Schiller**

vs.

Defendant:
**Faherty Brand, LLC, Michael Faherty, and Alex Faherty**

For:
Walker Harman, Jr.

,

Received by THE HARMAN FIRM, PC on the 15th day of January, 2014 at 12:43 am to be served on **FAHERTY BRAND, LLC, 54 W 21st Street, Suite 608, NEW YORK, New York County, NY 10010**.

I, Brent Richardson, being duly sworn, depose and say that on the **22nd day of January, 2014** at **3:10 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT - JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **KERRY DOCHERTY** as **PRESIDENT**, who verbally declared he/she is duly authorized to accept such service on behalf of **FAHERTY BRAND, LLC**, at the address of: **54 W 21st Street, Suite 608, NEW YORK, New York County, NY 10010**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 120,  Hair: Blonde,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State:   NEW YORK
County:   KINGS

Subscribed and Sworn to before me on the __23rd__ day of __JANUARY__, __2014__ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TATIANA N. PURI
Notary Public, State of New York
NO. 01PU6256353
Qualified in Queens County
Commission Expires September 04, 2016

Brent Richardson
N.Y.C.D.C.A.# 1346943

THE HARMAN FIRM, PC
200 West 57th Street
Suite 900
New York, NY 10019

Our Job Serial Number: BNP-2014000034

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n