# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 14CV0064

Date Filed: 1/7/2014

Plaintiff:
**Cameron Schiller**

vs.

Defendant:
**Faherty Brand, LLC, Michael Faherty, and Alex Faherty**

For:
Walker Harman, Jr.

,

Received by THE HARMAN FIRM, PC on the 15th day of January, 2014 at 12:43 am to be served on **ALEX FAHERTY, FAHERTY BRAND, LLC, 54 W 21st STREET, SUITE 608, NEW YORK, New York County, NY 10010**

I, Brent Richardson, being duly sworn, depose and say that on the **22nd day of January, 2014 at 3:10 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT - JURY TRIAL DEMANDED** with **KERRY DOCHERTY, PRESIDENT**, at **FAHERTY BRAND, LLC, 54 W 21st STREET, SUITE 608, NEW YORK, New York County, NY 10010**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT - JURY TRIAL DEMANDED** in a postpaid envelope addressed to: **FAHERTY BRAND, LLC, 54 W 21st STREET, SUITE 608, NEW YORK, New York County, NY 10010** and bearing the words "Personal & Confidential" by First Class Mail on **1/23/2014** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 120, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: _____NEW YORK_____
County: _____KINGS_____

Brent Richardson
N.Y.C.D.C.A.# 1346943

Subscribed and Sworn to before me on the __23rd__ day of __JANUARY__, __2014__ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TATIANA N. PURI
Notary Public, State of New York
NO. 01PU6265353
Qualified in Queens County
Commission Expires September 04, 2016

THE HARMAN FIRM, PC
200 West 57th Street
Suite 900
New York, NY 10019

Our Job Serial Number: BNP-2014000032

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

